# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                              Criminal No. 12-172 SRN/AJB

             Plaintiff,

v.                                                                                            **ORDER**

(1)     Michael Brooks Bynum, and
(3)     Rayshawn Earl James Brown,

             Defendants.
___

Julie E. Allyn, Esq., and Surya Saxena, Esq., Assistant United States Attorneys, for the plaintiff, United States of America;

Heather Beugen, Esq., and Joseph Kaminsky, Esq., for defendant Michael Brooks Bynum; and

Josiah Lamb, Esq., and Daniel M. Scott, Esq., for defendant Rayshawn Earl James Brown.
___

       This matter is before the Court upon the Report and Recommendation by Chief Magistrate Judge Arthur J. Boylan dated August 30, 2012. On September 13, 2012, Defendant Rayshawn Earl James Brown filed objections to that Recommendation, then entered a change of plea a few days later on September 19, 2012. Based on that plea, the Court now finds those objections to be moot.

    Therefore, based upon the Report and Recommendation by Chief Magistrate Judge Boylan, with all the files and records, and no objections having been filed by Defendant Michael Brooks Bynum to said Recommendation, **IT IS HEREBY ORDERED** that:

        1. Defendant Rayshawn Earl James Brown's Motion for Severance of Defendants is **denied as moot** [Docket No. 52];

        2. Defendant Rayshawn Earl James Brown's Motion to Dismiss Counts 3 and 4 of

the Indictment as Multiplicitous is **denied as moot** [Docket No. 54];

      3. Defendant Rayshawn Earl James Brown's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **denied as moot** [Docket No. 59];

      4. Defendant Rayshawn Earl James Brown's Motion for Suppression of Statements, Admissions or Answers is **denied as moot** [Docket No. 61];

      5. Defendant Michael Brooks Bynum's Motion for Severance is **denied** [Docket No. 63];

      6. Defendant Michael Brooks Bynum's Motion to Suppress Statements, Admissions and Answers is **denied** [Docket No. 65]; and

      7. Defendant Michael Brooks Bynum's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **denied** [Docket No. 66].

Dated: <u>September 26, 2012</u>

                                   <u>s/Susan Richard Nelson</u>
                                   Susan Richard Nelson
                                   United States District Court Judge